IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| BRIAN M. KEYS, <br> KENNETH R. BELL, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | CASE NO. 1:12-0044 <br> Chief Judge Haynes |
| v. | ) <br> ) | |
| SHERIFF ENOCH GEORGE, et al., | ) <br> ) | |
| Defendants. | ) | |

### ORDER

Upon review, this action is set for a pretrial conference on **Tuesday, September 25, 2012 at 9:00 a.m.** at the United States Courthouse in **Columbia, Tennessee.** The custodian of the Plaintiffs shall produce the Plaintiffs for this conference.

It is so **ORDERED**.

**ENTERED** this the 14th day of September, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge