IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

KENNETH R. BELL, )
)
    Plaintiff, )
) Case No. 1:12-0044
v. ) Chief Judge Haynes
)
SHERIFF ENOCH GEORGE, et al., )
)
    Defendants. )

# ORDER

Upon review of the file, the Clerk of Court mailed a copy of the Court's Order (Docket Entry No. 45) in this action on March 18, 2013 to Daniel Stewart. The copy of the Order to Plaintiff was returned as "undeliverable" and "inmate no longer incarcerated in the Maury County Jail." (Docket Entry Nos. 47 and 48).

Under Fed. R. Civ. P. 5(b), service is effective upon mailing to the party's last known address. It is a party's responsibility to inform the Court of his address so as to enable the Court to inform all parties of matters arising in the litigation. Downs v. Pyburn, No. 3:87-0471 (M.D. Tenn. Order filed September 4, 1987). Plaintiff has failed to inform the Court of his new address or refuses to claim mailings from the Court, and the Court is unable to conduct the necessary proceedings in this action.

Accordingly, the claims of Plaintiff Kenneth Bell are **DISMISSED** without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiff's failure to prosecute.

It is so **ORDERED**.

ENTERED this the 26th day of March, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court